In Matter of ⎱
Ezra Younglove ⎰

filed in Court, April
11. 1821.

Copy of the petition of Ezra Younglove to Justices Rowland and Doty for an order for support in prison, and the decision on that prayer, respecting the support.

"TERRITORY OF MICHIGAN ⎱   *To two of the Justices assigned to keep the*
"COUNTY OF WAYNE ⎰   *peace in and for the County aforesaid,*

"Ezra Younglove respectfully sheweth, That he is confined in Gaol on Exe-
"cution issued from Justice Doty's office and in favor of James May Esq,
"and that he is not able to maintain himself in prison and pay prison
"charges, and prays relief according to law, that his creditor may be notified
"of his intention of taking the benefit of an act for the relief of poor debtors,
"committed on execution for debt.
"Detroit Prison   April 5th 1821.
Wit. W. Howard.                    (Signed) Ezra Younglove.

Order endorsed thereon: "We the undersigned Justices of the Peace, hav-
"ing attended at the gaol on the within application, and having examined
"the within named Younglove upon oath, are of opinion that the application
"so far as relates to support, ought not to be allowed, he not having satis-
"fied us of his inability to support himself in prison and to pay prison
"charges.
"Detroit April 6th 1821.

                (Signed)   Thomas Rowland
                            Justice of the Peace
                (Signed)   J. D. Doty   Justice Peace.

I Certify the above to be a true copy ⎫
of the petition and order now on file in ⎬   THOMAS ROWLAND
my office.   Detroit April 11. 1821 ⎭     Justice of the peace